**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Pototsky, | No. CV-20-00078-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Nogales, et al., | |
| Defendants. | |

Plaintiff filed this action, pro se, on February 24, 2020. On June 2, 2020, the court denied Plaintiff's Application for Informa Pauperis Status and gave him 90 days to pay the filing fee and serve the First Amended Complaint. Instead, he filed an interlocutory appeal. The appeal was denied, and the Mandate issued on June 12, 2020. The Plaintiff has neither paid the filing fee nor served the First Amended Complaint. The Court shall afford the Plaintiff one more opportunity to comply with the directives of the Court issued on June 2, 2020. Thereafter, the case shall be dismissed for lack of service and failure to comply with direct Orders of this Court.

**Accordingly,**

**IT IS ORDERED** that the Plaintiff shall have 30 days from the filing date of this Order to pay the filing fee and serve the First Amended Complaint. He shall file proofs of service.

/////

/////

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case,
2   thereafter, for noncompliance, without further notice to the Plaintiff.
3       Dated this 15th day of September, 2020.

David C. Bury
United States District Judge

- 2 -